examination as requested is granted, the court should first try the question of fraud alleged in plaintiff's action. If he is then successful, he may be entitled to an examination to the extent necessary to prove his damages. While we do not overlook the fact that the order was made in a separate proceeding and not in the action, we think the information sought is solely for the purpose of proving the allegations of the complaint as to damages in the action. All concur. (Appeals from two orders: (1) staying defendants from taking further action with reference to the plan of mutualization of the Farmers and Traders Life Insurance Company, and (2) directing an inspection and examination of books and records of the insurance company.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 283 App. Div. 687.]

■

Alice Roberts, as Administratrix of the Estate of Thomas M. Roberts, Deceased, Respondent, v. Francis J. Vastola et al., Appellants.— Judgment and order reversed on the law and facts and a new trial granted, with costs to appellants to abide the event, upon the ground that the finding of defendants' negligence and plaintiff's freedom from contributory negligence was against the weight of evidence. All concur for reversal and granting a new trial as to both defendants, except Vaughan and Piper, JJ., who vote for dismissal of the complaint as to defendant City of Buffalo upon the ground that the evidence fails to show any actionable negligence on the part of the city that was a proximate cause of plaintiff's injury. (Appeals from a judgment for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

Rose Giglio, Appellant, v. Charles Lo Vullo, Respondent.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of evidence. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

Sam Giglio, Appellant, v. Charles Lo Vullo, Respondent.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of evidence. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

In the Matter of Frank J. France, Doing Business as France Liquor Store, et al., Appellants, against John F. O'Connell et al., Constituting the State Liquor Authority, et al., Respondents.— Order affirmed, with $50 costs and disbursements. All concur. (Appeal from an order denying petitioners' application to review the action of the State Liquor Authority in approving an application to transfer a license to sell alcoholic beverages.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [204 Misc. 681.]